# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSS JAY CURTIS II,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD, Secretary of Prisons California Department of Corrections,<br><br>　　　　　Respondent. | Case No. CV 17-7481 FMO (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS**<br><br>**OF UNITED STATES MAGISTRATE**<br><br>**JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Amended Objections. After having made a de novo determination of the portions of the Report and Recommendation to which the Amended Objections were directed, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.

\\

\\

\\

\\

1 **IT IS ORDERED** that the Petition is denied and Judgment shall be entered dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: March 22, 2018

___/s/___
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE