**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROSS JAY CURTIS II,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD, Secretary of Prisons California Department of Corrections,<br><br>　　　　　　Respondent. | Case No. CV 17-7481 FMO (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 22, 2018

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE